# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2019

## NO. 03-18-00717-CV

**BPHC, LLC, as successor in interest of KORR, LLC, Appellant**

**v.**

**Willie Earl Perkins Sr., Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on October 19, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.